IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PA

#1:20-cv-1787

Jhon LORA, et al.
   Plaintiffs
v.
BAYLOR, et al.
   Respondents

NOTICE OF APPEAL

FILED
SCRANTON
NOV 09 2020
PER ___ DEPUTY CLERK

NOTICE IS HEREBY GIVEN THAT LORA, ALFORD, MEDINA, KLEMENT, ROSARIO, WOLFE, WEBSTER, AND COATE, WILLIAMS, PLAINTIFFS IN THE ABOVE NAMED CASE, HEREBY APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE 3RD CIRCUIT FROM FINAL JUDGEMENT FROM AN ORDER TO DISMISS WITHOUT PREJUDICE PURSUANT TO 28 U.S.C. §1915(e)(2)(B)(ii) PLAINTIFFS COMPLAINT; DENYING AS MOOT THE APPOINTMENT OF COUNSEL AND FOR CLASS CERTIFICATED AND PERMANENT INJUNCTION; DIRECTING THE COURT TO CLOSE THIS CASE; AND DENYING APPEAL AS FRIVOLOUS AND NOT TAKEN IN GOOD FAITH TO 28 U.S.C. §1915(e)(3) ENTERED IN THIS ACTION ON OCTOBER 13, 2020 THAT PLAINTIFF ALFORD (ANOTHER FOR THIS CLASS) RECEIVED ON NOV 3, 2020 BY DOCKET SHEET (DID NOT RECEIVE THE ORIGINAL ORDER) BUT NOTIFIED PER DOCKET ENTRY 30... TODAY, THIS APPEAL IS TIMELY...

Craig Alford
Craig Alford #30335
NCP
6666 WALNUT St.
EASTON, PA 18042
NOV. 3, 2020

IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF PA

#1:20-CV-1787

JHON LOFT, et al.
 PLAINTIFFS
v.

BAYLOR, et al.
 DEFENDANTS

28 U.S.CS. §1746
DECLARATION

I DECLARE, UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON: NOV. 3, 2020

*Craig Alford*
Craig Alford

CRAIG ACORD #30335
LEGAL
COUNTY OF NORTHAMPTON
**Northampton County Jail**
666 Walnut Street
Easton, Pennsylvania 18042

Office of the Clerk
United States District Court
Middle District of PA
235 Washington St.
P.O. Box 1148
Scranton, PA 18501-1148

**INMATE MAIL** This correspondence is from a County Jail and the sender is an inmate. The contents have not been evaluated. Northampton County Jail is not responsible for the contents or debts incurred.

LEHIGH VALLEY PA 180
5 NOV 2020 PM 3 L
11/04/2020
US POSTAGE $000.50°
FIRST-CLASS MAIL
ZIP 18042
041L12215006

RECEIVED
SCRANTON
NOV 09 2020
PER [signature]
DEPUTY CLERK

18501-114845