IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JHON LORA, *et al.*,
       Plaintiffs,   :   1:20-cv-1787

v.   :   Hon. John E. Jones III

LT. BAYLOR, *et al.*,
       Defendants.

## ORDER

**November 17, 2020**

NOW THEREFORE, upon consideration of Plaintiffs' motion (Doc. 50) to serve Defendants, and it appearing that the complaint has been dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and the case has been closed (Doc. 30), it is hereby ORDERED that the motion is DENIED.

/s/ John E. Jones III
John E. Jones III, Chief Judge
United States District Court
Middle District of Pennsylvania