IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JHON LORA, *et al.*, | No. 1:20-CV-1787 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| LT. BAYLOR, *et al.*, | |
| Defendants. | |

### ORDER

**AND NOW**, this 8th day of December 2021, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. The complaint (Doc. 1) alleging Section 1983 claims for Fourteenth Amendment due process violations is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

2. Plaintiffs shall have until December 29, 2021, to file an amended complaint.

3. If no amended complaint is filed within the above-mentioned timeframe, the Court will close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge