IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG ALFORD, | : | No. 1:20-CV-01787 |
| Plaintiff, | : | (Chief Judge Brann) |
| v. | : | |
| LEA BAYLOR, *et al.*, | : | |
| Defendants. | : | |

### ORDER

AUGUST 30, 2022

**AND NOW**, upon consideration of the filing of Defendant's answer,[1] **IT IS HEREBY ORDERED** that the following case management deadlines shall govern this case:

1. Discovery shall be completed by **January 20, 2023**. In accordance with Local Rule of Court 5.4(b), the parties shall refrain from filing discovery requests with the Court.

2. On or before **January 27, 2023**, the parties shall inform the Court whether they are agreeable to mediation.

3. Dispositive motions, if any, shall be filed by **March 10, 2023**.

4. No extensions of the pre-trial schedule shall be granted absent good cause. *See* FED. R. CIV. P. 16(b)(4).

5. Any motions or briefs filed after the expiration of the applicable deadline, without prior leave of court, shall be stricken from the record.

---

[1] Doc. 91.

2

6. The scheduling of a final pre-trial conference and the trial date of this matter is deferred pending resolution of any dispositive motions.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge