IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT of PA

IN RE: ALFORD v. BAYLOR, et al. #1:20-cv-1787

MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE, JUDGES OF SAID COURT:

AND NOW COMES PLAINTIFF, WHO RESPECTFULLY ASK FOR SUMMARY JUDGMENT OF RELATIVELY UNDISPUTED FACTS AND DOCUMENTS AND AVERS THE FOLLOWING IN SUPPORT THEREOF:

1) PLAINTIFF ASK FOR SUMMARY JUDGMENT TO PROMPTLY DISPOSE THIS ACTION IN WHICH NO GENUINE ISSUE AS TO ANY MATERIAL FACT IDENTIFYING EACH CLAIM THE COURT SHALL GRANT SUMMARY JUDGMENT IF MOVANT SHOWS THAT THERE IS NO GENUINE DISPUTE OF SERIOUS 14TH AMENDMENT RIGHT CLAIMS... DEFENDANTS CANNOT DISPUTE THESE CERTIFIED DOCUMENTS FROM THE RECORD BY LASEA KOIDL - CHIEF DEPUTY CLERK AS I RELY ON THE DOCKET SHEET IN COMM. V. ALFORD #929-CR-2020 PAGES (1); (2); AND (6) OF THE CRIMINAL DOCKET FOR RELIEF (SEE EXHIBIT A-1)

SUPPORTING FACTUAL POSITION:

2) I ASSERT THAT THESE FACTS CANNOT BE GENUINELY DISPUTED BECAUSE ITS IN THE DOCKET

1 of 4

SHEET AND IS ADMISSIBLE EVIDENCE... (ALSO SEE
LAWS PAR. CRIM.P. #57(A), #600(B)(1)(D)(2) VIOLATED)
(AS EXHIBIT B-1)...

(3) EXHIBIT A-1 PROVES I WAS ARRESTED 6.7.20,
THAT THE INFORMATION WAS FILED 6.25.20, SO THE
LATEST AN ARRAIGNMENT COULD OF BEEN CONDUCTED
WAS 7.9.20; WHEREFORE, THE ARRAIGNMENT CONDUCTED
9.2.20 WAS UNCONSTITUTIONAL...

(4) (EXHIBIT A-1) ALSO PROVES I WAS ARRESTED 6.7.20,
THAT I COULD ONLY BE IN PRETRIAL CONFINEMENT
FOR 180 DAYS, SO THE LATEST A TRIAL COULD
OF BEEN CONDUCTED WAS 12.4.20; WHEREFORE, THE
TRIAL CONDUCTED 5.10.21 WAS UNCONSTITUTIONAL...

(5) (EXHIBIT B-1) IS THE RULES THAT MUST BE FOLLOWED
AND THE MOVING FORCE FOR THIS CIVIL LITIGATION
CITING ILLEGAL PRETRIAL DETENTION BEYOND THE
PERMISSIBLE TIME LIMITS...

EXPEDITE:

(6) IN EXPEDITING ADMINISTRATION OF JUSTICE AND THE
POLICY OF COURTS TO DISPOSE OF LAWSUITS ON
THEIR MERITS WHEREVER POSSIBLE; IT PROVIDES
JUST, SPEEDY, AND INEXPENSIVE DETERMINATION OF
EVERY ACTION OF VERY CLEAR CASES... I OFFER

2 of 4

A PRIMA FACIE CASE OF 14TH AMENDMENT CONSTITUTIONAL VIOLATIONS BY DEFENDANTS AND OFFER EXHIBIT'S A-1 AND B-1 IN SUPPORT...

SUMMARY JUDGEMENT !

(A) SUMMARY JUDGEMENT SHOULD NOT BE GRANTED UNLESS ENTIRE RECORD (SEE COMM. V. ALFORD #929-CR-2020 PA. CT. COM. PL., MONROE County) PLUS EXHIBITS SUBMITTED AND HEREIN SHOWS RIGHT TO JUDGEMENT WITH SUCH CLARITY AS TO LEAVE NO ROOM FOR CONTROVERSY AND ESTABLISH AFFIRMATIVES THAT DEFENDANTS CANNOT PREVAIL UNDER ANY CIRCUMSTANCES. (THEY CANNOT SAY NO, I WAS NOT ARRAIGNED ON 9.2.20, OR NO, I WAS NOT GIVEN A TRIAL 5.10.21) OR THEY COMMIT PERJURY IN THIS COURT OF LAW

(B) I RESPECTFULLY ASK THIS COURT TO GRANT SUMMARY JUDGEMENT BECAUSE THIS MOTION AND SUPPORTING MATERIAL SHOWS I AM ENTITLED TO REDRESS FOR DEFENDANTS VIOLATING MY 14TH AMEND RIGHTS OF THE U.S. CONSTITUTION WARRANTING THE GRANT OF ALL RELIEF PRAYED FOR IN AMENDED COMPLAINT... THE COURT SHOULD FIND THESE CERTIFIED DOCUMENTS, AND PA.R. CRIM.P CANNOT BE DISPUTED BY DEFENDANTS WHO FAILED TO ARRAIGN IN 10 DAYS AFTER INFORMATION FILED OR WHY IT TOOK 68 DAYS BEYOND THE TIME FRAME REQUIREMENTS, OR WHY IT TOOK

3 OF 4

144 DAYS BEYOND THE TIME FRAME REQUIREMENTS TO CONDUCT A TRIAL; FAILED TO INVESTIGATE MY GRIEVANCES; TOOK MINIMUM APPROACH FOR ME TO SEE MY LEGAL TEAM THAT INDEED DEFENDANTS VIOLATED MY 14TH AMENDMENT DUE PROCESS RIGHTS IN HANDLE'S OFFICIAL CAPACITY AND HANDLE, BAYLOR, AND ARMOND'S INDIVIDUAL CAPACITY AND I SHOULD BE REDRESSED FOR CONSTITUTIONAL WRONGS COMMITTED BY THESE OFFICIALS OF HOLDING ME UNLAWFULLY IN PRETRIAL DETENTION WITHOUT ARRAIGNMENT OF TRIAL VIOLATING PAR.CRIM.P. AND MY CONSTITUTIONAL RIGHTS AS A U.S. CITIZEN AND TO POUR SALT ON THE WOUND, GIVE IT TO COOTE, BEERS, AND MESSINA (BOTH OUT OF MONROE BUT NOT ME) WHO WAS SIMILAR SITUATED AND WAS AUTHORIZED TO USE (ACT) TO MEET MY CONSTITUTIONAL REQUIREMENTS DEFENDANTS INACTIONS; MINIMALIST APPROACH BY NOT SAFEGUARDING MY 14TH AMEND. RIGHTS AS I PREVIOUSLY STATED AN OFFICIAL CAPACITY CLAIM AGAINST HANDLE, AND INDIVIDUAL CLAIMS AGAINST HANDLE, BAYLOR, AND ARMOND AND I SHOULD BE AWARDED COMPENSATORY AND PUNITIVE DAMAGES.

WHEREFORE, I PRAY, THIS COURT GRANT SUMMARY JUDGEMENT TO MY FAVOR AND AWARD ALL RELIEF PRAYED FOR IN THE AMENDED COMPLAINT

RESPECTFULLY SUBMITTED

Craig Alford
Craig Alford

4of4

11-3-22

# PROOF OF SERVICE

I hereby certify that I have on this day served a copy of the following and in the manner indicated below to satisfy the rules of court:

Service by 1st class Mail, Postage Prepaid To:

Gerard J. Geiger, Esq.
712 Monroe Street
Stroudsburg, PA 18360

# DECLARATION

I declare, under the penalty of perjury that the documents enclosed as evidence thats certified for the court and cannot be disputed in support of summary judgement to my personal knowledge are true and correct, and set out facts that would be admissible in evidence, and I am competent as well as MS. CASEY KOIDL - CHIEF DEPUTY CLERK of courts to testify on the matters stated..

BY: Craig Alford
Craig Alford   11-6-22

Smart Communications/PADOC

SCI: PHOENIX

Name CRAIG ALFORD

Number QLO225

PO Box 33028

St Petersburg FL 33733

LEGAL MAIL ADDRESS:
1200 MOKYCHIC DRIVE
COLLEGEVILLE, PA 19426

RECEIVED
WILLIAMSPORT

NOV 14 2022

PER ___ EA ___
DEPUTY CLERK

CLERK OF COURTS
U.S.D.C. - MIDDLE DISTRICT OF PA
U.S. COURTHOUSE, SUITE 218
240 WEST THIRD STREET
WILLIAMSPORT, PA 17701.6400

1770186460 C002