## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRAIG ALFORD, | No. 1:20-CV-01787 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| LEA BAYLOR, *et al.*, | |
| Defendants. | |

## <u>ORDER</u>

**AND NOW**, this 10th day of March 2023, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion (Doc. 105) to compel discovery and for sanctions is **DENIED**.

2. Plaintiff's motion (Doc. 110) for declaratory judgment is **DENIED**.

3. Plaintiff's motion (Doc. 112) for summary judgment is **DENIED**.

4. Plaintiff's duplicative motion (Doc. 127) seeking declaratory judgment and summary judgment based on Defendants' alleged failure to respond to his prior motions is **DENIED**.[1]

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[1] In this motion, Plaintiff asserts that Defendants did not respond to his previous motions as ordered by the Court. That assertion is, of course, directly contradicted by the docket in this case. *See* Docs. 117, 118, 119, 120, 121.