IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRAIG ALFORD, | No. 1:20-CV-01787 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| LEA BAYLOR, *et al.*, | |
| Defendants. | |

### ORDER

**AND NOW**, this 19th day of October 2023, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motion (Doc. 136) for summary judgment pursuant to Federal Rule of Civil Procedure 56 is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of Defendants and against plaintiff Craig Alford as to all remaining Section 1983 Fourteenth Amendment procedural due process claims.

3. This Court will not entertain any motion for leave to appeal *in forma pauperis*,[1] as Alford has already accrued three prior strikes under 28 U.S.C. § 1915(g),[2] and this case does not concern or implicate an "imminent danger of serious physical injury."[3]

4. The Clerk of Court is further directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[1] *See* Fed. R. App. P. 24(a)(1).
[2] *See Alford v. Baylor*, No. 23-1513, Docs. 17, 20 (3d Cir. 2023).
[3] 28 U.S.C. § 1915(g).